1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery Street, Fifth Floor
   San Francisco, CA 94105-3612
4  Telephone: 415-512-3501
   Facsimile: 415-512-3515
5  E-Mail:  jamesw@skwsf.com

6  Attorneys for Plaintiffs

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and KEN WALTERS as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>              Plaintiffs,<br><br>     v.<br><br>BAY AREA CONSTRUCTION FRAMERS, INC., a California corporation; and PAUL DOUGLAS VERRIPS, an Individual,<br><br>              Defendants. | CASE NO. C-05-3876 CRB<br><br>**PLAINTIFFS' NOTICE OF *EX PARTE* APPLICATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>CURRENT DATE:  March 24, 2006<br>TIME:   10:00 a.m.<br>COURTROOM:  8, 19th Floor<br>JUDGE:  Hon. Charles R. Breyer |

        Now come the plaintiffs, hereinabove named, and request that the court dismiss the within

action, without prejudice.  The basis for the request is the newly submitted material received by

1  plaintiffs from defense counsel asserting that the Basic Crafts Alliance should determine the merits
2  of defendants' claim that it is only obligated to make contributions to the Carpenters Trust Funds
3  for the work at issue.
4      Simultaneously with the filing of this Notice, plaintiffs have notified counsel for the
5  defendants of their willingness to dismiss the action.  In consideration of the court's time, this
6  application is being submitted prior to a response from defendants' counsel.

8  DATED:  March 15, 2006            STANTON, KAY & WATSON, LLP

10                           By /s/ James P. Watson
                              James P. Watson
12                           Attorneys for Plaintiffs

13  **IT IS SO ORDERED.**

15  DATED:  March 6, 2006            _____
16                           HON. CHARLES R. BREYER
                          UNITED STATES DISTRICT JUDGE

F:\CASES\30\32.187 Bay Area Construction Framers\PLEADINGS\Notice of Ex Parte App

*IT IS SO ORDERED — Judge Charles R. Breyer (seal, United States District Court, Northern District of California)*

- 2 -
**PLAINTIFFS' NOTICE OF *EX PARTE* APPLICATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER [CASE NO. C-05-3876 CRB]**